IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CR 79-5

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| RAMONA JAMISON LAIL, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** came on before the undersigned pursuant to a Motion to Modify Conditions of Release (#147) filed by counsel for Defendant. In the motion, Defendant requests that she be released from electronic monitoring while she is on pretrial release. On May 5, 2014 the Defendant entered a plea of guilty to the charge contained in count one of the bill of indictment, that being conspiracy to distribute and possess with intent to distribute a quantity of methamphetamine in violation of 21 U.S.C. § 841(a)(1)(6). After the entry of the plea of guilty, the undersigned held a hearing pursuant to 18 U.S.C. § 3143(a)(2) and found that the terms and conditions of pretrial release of Defendant would have to be revoked and the Defendant be detained pending sentencing and further proceedings in the matter. As a result, the motion will be denied.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Modify Conditions of Release (#147) is hereby **DENIED**.

Signed: May 6, 2014

Dennis L. Howell
United States Magistrate Judge